# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

LEON RUBEN SALAZAR,

      Plaintiff,

  vs.                                  CIV. NO. 16-1400-KBM

NANCY A. BERRYHILL,
**Acting Commissioner of
Social Security,**

      **Defendant.**

## ORDER GRANTING MOTION FOR VOLUNTARY REMAND

Upon consideration of Defendant's Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (2012) (Doc. 20), the Court hereby REVERSES the Commissioner's decision in this matter and REMANDS the cause to the Defendant for further administrative proceedings as set forth below. *Shalala v. Schaefer*, 509 U.S. 292 (1993).

Upon remand, the agency will reconsider Plaintiff's claim.

AND IT IS SO ORDERED.

SIGNED October 16, 2017.

.

                                                _____
                                                KAREN B. MOLZEN
                                                United States Chief Magistrate Judge

SUBMITTED AND APPROVED BY:


*Electronically submitted 10/13/2017*
MICHAEL A. THOMAS
Special Assistant United States Attorney

*Electronically approved 10/13/2017*
MICHAEL D. ARMSTRONG
Attorney for Plaintiff